ANDREW B. CRUMMY, TRUSTEE OF HORNI SIGNAL MANU-
FACTURING CORPORATION, PLAINTIFF, v. JOSEPH T.
HORNI, CARAN REALTY CORPORATION, ET AL., DE-
FENDANTS.

LOUIS EISENSTODT AND JAMES VENEZIANO, FORMERLY
PARTNERS TRADING AS L. EISENSTODT, PETITION-
ERS-APPELLANTS, v. ANDREW B. CRUMMY, ET AL.,
TRUSTEES, ETC., DEFENDANTS-RESPONDENTS.

Argued February 26, 1951—Decided March 5, 1951.

*Mr. Algernon T. Sweeney* argued the cause for the appellants.

*Mr. Andrew B. Crummy* argued the cause for the respond·ents.

PER CURIAM. Following the argument of this cause counsel for the respective parties stipulated and agreed that the appellants were entitled to judgment against the respondents in the sum of $3,807.29 debt and $751.82 interest. The judgment under review is accordingly reversed, with costs, and the cause remanded to the Superior Court with instructions to enter judgment in favor of the appellants and against the respondents in the sum of $4,559.11, and costs.

*For reversal*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—6.

*For affirmance*—None.